UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00178 |
| | ) | JUDGE SHARP |
| TRENTON RHODES | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Continue Sentencing (Docket No. 14) to which the Government does not oppose.

The motion is GRANTED and the sentencing set for April 15, 2013 is hereby rescheduled for Monday, June 10, 2013, at 11:00 a.m.

It is so ORDERED.

*[signature]*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE